UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON WILLIAMS,<br><br>         Plaintiff,<br><br>v.<br><br>J. CHAU, et al.,<br><br>         Defendants. | Case No.: 3:17-cv-00517-CAB-KSC<br><br>**ORDER DENYING REQUEST TO ENTER DEFAULT [Doc. No. 57]** |

On February 13, 2020, Plaintiff Williams filed a request to enter default in this matter against defendant J. Chau. [Doc. No. 57.] For the reasons set forth below, the request is **DENIED.**

## BACKGROUND

On October 14, 2019, Defendant Chau filed a motion for summary judgment. [Doc. No. 45.] Initially, the motion had been referred to Magistrate Judge Karen S. Crawford pursuant to 28 U.S.C. §636(b)(1)(B) for a Report and Recommendation. [Doc. No. 45 at 1.] On October 16, 2019, Magistrate Judge Crawford issued a briefing schedule requiring Plaintiff to file any opposition by November 22, 2019, and defendant to file any reply by December 13, 2019. [Doc. No. 46.] On October 28, 2019, Plaintiff filed a motion for extension of time to file the opposition. [Doc. No. 47.] On November 1, 2019, Magistrate Judge Crawford partially granted Plaintiff's motion for extension and

gave him until January 6, 2020 to file an opposition. [Doc. No. 48.] Magistrate Judge Crawford also ordered that "Defendant's Reply, if any, shall be filed and served no later than January 27, 2020." [Doc. No. 48 at 2.]

On January 10, 2020, Plaintiff Williams filed an opposition to the motion for summary judgment. [Doc. No. 54.] Defendants did not file any reply. On February 7, 2020, this Court issued a minute order stating that, although the motion had been referred to United States Magistrate Judge Karen S. Crawford pursuant to 28 U.S.C. §636(b)(1)(B), the Court determined that neither a Report and Recommendation nor oral argument were necessary for the disposition of this matter. [Doc. No. 56.] The Court also instructed Defendant to file a reply to the opposition by February 21, 2020. *Id.*

On February 13, 2020, Plaintiff filed a request to enter default in this matter against defendant J. Chau. [Doc. No. 57.] On February 21, 2020, Defendant filed a reply to the opposition to the motion for summary judgment. [Doc. No. 58.]

## DISCUSSION

In the request to enter default, Plaintiff argues that because Defendant did not file a reply by January 27, 2020, default should be entered against him. [Doc. No. 57 at 1.] However, defaults may only be entered against a defendant who fails to respond to a <u>complaint</u>. *See* Fed.R.Civ.P. 55(a). It cannot be entered against a defendant for not filing a reply to an opposition to a motion. Reply briefs are generally allowed but not required. *See* Civ.L.R. 7.1.e.3. Magistrate Judge Crawford's order granting Plaintiff's request for extension of time specifically stated that "Defendant's Reply, ***if any***, . . ." should be filed by January 27, 2020. [Doc. No. 48 at 2.] Therefore, at that point, the filing of a reply was optional.

However, when this Court reviewed the pending motion and decided that a Report and Recommendation was not required, it specifically requested that Defendant file a reply by February 21, 2020. [Doc. No. 56.] Defendant has now complied with that request. [Doc. No. 58.]

/ / / / /

## CONCLUSION

For the reasons set forth above, the request to enter default is **DENIED**. The motion for summary judgement [Doc. No. 45] is now fully briefed and under submission.

**IT IS SO ORDERED.**

Dated: February 24, 2020

Hon. Cathy Ann Bencivengo
United States District Judge